UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DONALD CONLEY, JR. | CIVIL ACTION |
| VERSUS | NO. 23-860 |
| TANGIPAHOA PARISH JAIL, *et al..* | SECTION M (2) |

## ORDER

Considering the complaint, the record, the applicable law, the magistrate judge's Report and Recommendation ("R&R"),[1] and finding that as of this date plaintiff Donald Conley Jr. has filed no objections to the R&R, the Court hereby approves the R&R and adopts it as its opinion. Accordingly,

IT IS ORDERED that Conley's 42 U.S.C. § 1983 claims against defendant Tangipahoa Parish Jail are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915, § 1915A and as applicable 42 U.S.C. § 1997e as frivolous, for failure to state a claim for which relief can be granted, and/or for seeking relief from an immune defendant.

IT IS FURTHER ORDERED that Conley's 42 U.S.C. § 1983 claims against defendant Parish President Robbie Miller, in his individual and official capacities, are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915A as frivolous and for failure to state a claim for which relief can be granted.

IT IS FURTHER ORDERED that Conley's 42 U.S.C. § 1983 claims against defendants Warden Heath Martin and Sheriff Daniel Edwards, in their individual capacities, are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915A as frivolous and for failure to state a claim for which relief can be granted.

---

[1] R. Doc. 19.

IT IS FURTHER ORDERED that Conley's conditions of confinement claims against defendants Tangipahoa Parish, Warden Heath Martin, Sheriff Daniel Edwards, and Parish President Robbie Miller are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915A as frivolous and for failure to state a claim for which relief can be granted.

IT IS FURTHER ORDERED that Conley's Free Exercise Clause claims against defendants Tangipahoa Parish, Warden Heath Martin, Sheriff Daniel Edwards, and Parish President Robbie Miller are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. § 1915A as frivolous and for failure to state a claim for which relief can be granted.

IT IS FURTHER ORDERED that Conley's 42 U.S.C. § 1983 claims against defendants Tangipahoa Parish, Warden Heath Martin, and Sheriff Daniel Edwards alleging violation of his First Amendment right to be free from mail censorship without a legitimate penological purpose be allowed to proceed for further factual development.

New Orleans, Louisiana, this 10th day of January, 2024.

                                                    _____
                                                    BARRY W. ASHE
                                                    UNITED STATES DISTRICT JUDGE